IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY LEE HAMILTON,** | : | No. 3:24-cv-0449 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| **COMMONWEALTH OF PA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW,** to wit, this 5 day of April 2024, in accordance with the Court's memorandum issued this same day, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. Financial determinations shall be left to the discretion of the transferee court.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Judge